IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER ANN CHANCE,

    **Plaintiff,**

v.                                                                             Case No. 1:20-cv-254-AW-GRJ

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before me is the magistrate judge's November 9, 2021 Report and Recommendation, ECF No. 19, Plaintiff's objections, ECF No. 20, and the Commissioner's response, ECF No. 21. Having carefully considered the matter, and having reviewed de novo the issues Plaintiff raised in her objections, I agree with the magistrate judge that the order should be affirmed. The Report and Recommendation is adopted and incorporated by reference into this order. The clerk will enter judgment that states, "The decision of the Commissioner is affirmed." The clerk will then close the file.

    SO ORDERED on January 10, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge